The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD McNAMARA,                )
                                 )
                    Plaintiff,   )    No. 2:17-cv-598 RAJ
                                 )
        v.                       )    ORDER REMANDING ACTION TO
                                 )    KING COUNTY SUPERIOR COURT
TRANSMAX, LLC,                   )    AND DISMISSING FEDERAL SUIT
                                 )
                    Defendant.   )
_____  )

THIS MATTER having come before the undersigned upon the Stipulation of counsel, and the Court having considered the matter,

NOW, THEREFORE, it is hereby ORDERED that:

1.      This matter is remanded to King County Superior Court, Cause No. 17-2-03259-0SEA;

2.      Any court hearings and pending deadlines are taken off calendar in this Court; and

3.      Each party shall bear its own costs and fees in connection with the removal of this action and this remand.

DATED this 3rd day of May, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484